IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Renee Christensen, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:17 CV 50255 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Board of Trustees For Rock Valley | ) | |
| College et al, | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

      Before the court is the defendants' motion for partial dismissal [11]. It seeks to (1) dismiss Count I alleging sex discrimination and harassment because the plaintiff did not allege sex-based claims in her charge of discrimination, (2) partially dismiss Count IV to the extent it also alleges sex discrimination and harassment for the same reason, (3) dismiss Count V alleging retaliation under the Illinois Workers' Compensation Act because she missed the two-year statute of limitations, (4) dismiss Count VI alleging retaliation under the Illinois Whistleblower's Act because she missed the one-year statute of limitations, and (5) partially dismiss Counts II, III and IV to the extent they allege retaliation for prior complaints of disability discrimination and harassment because she did not allege retaliation in her charge of discrimination. The Court gave the plaintiff to 12/4/2017 to respond, but the plaintiff never did. During the status hearing on 1/23/2018 plaintiff's counsel stated that he did not respond to the defendant's motion for partial dismissal because the motion is unopposed. Accordingly, because the motion for partial dismissal is unopposed, it is this Court's Report and Recommendation that the motion [11] be granted. Any objection to this Report and Recommendation shall be filed by 2/8/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 1/25/2018                                                            /s/ Iain D. Johnston
                                                                                                      U.S. Magistrate Judge