# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Renee Christensen, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | Case No: 17 C 50255 |
| | ) | |
| Board of Trustees For Rock Valley College, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [23] from the magistrate judge recommending that this court grant defendants' motion for partial dismissal [11]. Because the motion is unopposed and there is no written objection to the R&R of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), the court, having reviewed the R&R, accepts the R&R and grants the motion, dismissing Counts I, V, and VI in their entirety; Counts II, III, and IV to the extent they allege retaliation for prior complaints of disability and harassment; and Count IV to the extent that it alleges sex discrimination and harassment.

Date: 2/15/2018

ENTER:

_____
FREDERICK J. KAPALA
District Judge