ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Renee Christensen,

Plaintiff(s),

v.

Board of Trustees of Rock Valley, Rock Valley College,

Defendant(s).

Case No.  17-cv-50255
Judge John Z. Lee

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $             ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒     in favor of defendant(s) Board of Trustees of Rock Valley, Rock Valley College
and against plaintiff(s) Renee Christensen

.

Defendant(s) shall recover costs from plaintiff(s).

---

☐     other:

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge John Z. Lee on a motion  for summary judgment.

Date:   3/17/2020

Thomas G. Bruton, Clerk of Court

Carmen Acevedo, Deputy Clerk